# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN E. GRIFFIN,** : | |
| Plaintiff : | |
| : | No. 1:18-cv-01155 |
| v. : | |
| : | (Judge Rambo) |
| **OFFICER MALISKO, et al.,** : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 29th day of October 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 4), is **GRANTED**;

2. Plaintiff's motion for remand (Doc. No. 7), is **DEEMED WITHDRAWN**; and

3. The Clerk of Court is directed to **CLOSE** this case.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge